UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X
COLUMBIA CASUALTY COMPANY,                :
                                          :
                                          :
                  Plaintiff,              :
                                          :
         -against-                        :    C.A.No. 1:15-cv-00197-ML-LDA
                                          :
IRONSHORE SPECIALTY INSURANCE COMPANY,    :
                                          :
                  Defendants.             :
---------------------------------------------------------------X

## COLUMBIA CASUALTY COMPANY'S MOTION TO DISMISS DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S COUNTERCLAIMS

Plaintiff and Counterclaim Defendant, Columbia Casualty Company (hereinafter "Columbia"), hereby moves to dismiss the Counterclaims of Defendant and Counterclaim Plaintiff Ironshore Casualty Company pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Columbia submits the accompanying Memorandum of Law, together with Exhibits attached thereto.

COLUMBIA CASUALTY CO.
BY ITS ATTORNEYS,


/S/ EDWARD M. PINTER
FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
88 PINE STREET, WALL STREET PLAZA
NEW YORK, NEW YORK 10005
(212) 269-4900 (PHONE)
(212) 344-4294 (FAX)
EMPINTER@FMEW.COM

(ADMITTED PRO HAC VICE)

-AND-

/s/ S<small>TEPHEN</small> M. P<small>RIGNANO</small>_____
S<small>TEPHEN</small> M. P<small>RIGNANO</small> (#3649)
M<small>C</small>I<small>NTYRE</small> T<small>ATE</small>, L.L.P.
 321 S. M<small>AIN</small> S<small>TREET</small>, S<small>UITE</small> 400
P<small>ROVIDENCE</small>, R<small>HODE</small> I<small>SLAND</small>
(401) 351-7700
(401) 331-6095 (<small>FAX</small>)
<small>SMP</small>@<small>MTLESQ</small>.<small>COM</small>

Dated: August 27, 2015

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of August, 2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filling as indicated on the Notice of Electronic Filing.  Parties may access this filing for viewing and/or downloading through the Court's CM/EDF System.

Dana M. Horton
Robinson & Cole LLP
One Financial Plaza, Suite 1430
Providence, RI 02903

Theodore J. Tucci
*Admitted Pro Hac Vice*
Raymond T. DeMeo
*Admitted Pro Hac Vice*
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

                                                  /s/ Stephen M. Prignano_____