UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X
COLUMBIA CASUALTY COMPANY

                                             Civil Action No.1:15-cv-00197-WES-LDA

        Plaintiff,

    -against-

IRONSHORE SPECIALTY INSURANCE
COMPANY

        Defendant.
---------------------------------------------------------------X

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 2, 2019

| PLAINTIFF<br>COLUMBIA CASUALTY COMPANY | DEFENDANT<br>IRONSHORE SPECIALTY INSURANCE COMPANY |
|---|---|
| By /s/ *Edward M. Pinter*<br>Edward M. Pinter<br>Jon R. Grabowski<br>*Admitted Pro Hac Vice*<br>Ford Marrin Esposito Witmeyer & Gleser, LLP<br>88 Pine Street, Wall Street Plaza<br>New York, New York 10005<br>Tel.: (212) 269-4900<br>Fax: (212) 344-4294<br>empinter@fmew.com<br>jrgrabowski@fmew.com | By /s/ *Theodore J. Tucci*<br>Theodore J. Tucci<br>Rhonda J. Tobin<br>*Admitted Pro Hac Vice*<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Tel.: (860) 275-8200<br>Fax: (860) 275-8299<br>ttucci@rc.com<br>rtobin@rc.com |

| | |
|---|---|
| And<br><br>Stephen M. Prignano (#3649)<br>Robert S. Parker (#3152)<br>McIntyre Tate, LLP<br>50 Park Row West, Suite 109<br>Providence, Rhode Island 02903<br>Tel.: (401) 351-2700<br>Fax: (401) 351-6095<br>SPrignano@McIntyreTate.com | And<br><br>Dana M. Horton (#6251)<br>Robinson & Cole LLP<br>One Financial Plaza, Suite 1430<br>Providence, RI 02903-2485<br>Tel.: (401) 709-3300<br>Fax (401) 709-3399<br>dhorton@rc.com |